U.S. District Court Montgomery Alabama

Daniel Eric Wbbs [illegible] 202078920000          civil          New
nationwide fed RECEIVED                              #                Suit
                                                     2:19-CV-642-ALB-CSC
2019 SEP -5 P 12: 26                                 Not 42 USC 1983
u.s. guvern                                          Not Habeas
et. al,     DEBRA P. HACKETT, CLK                    not mandamus
            U.S. DISTRICT COURT
            MIDDLE DISTRICT ALA

Instant Petition for Redress under
Title 31 USS 3723 tort violations
                            as I am in ongoingly
imminant danger of serious physical
injurer for many different Reasons
everywhere I go in all defendants custodies
as described on following pages
                            by Daniel Eric Wbbs
                                 pro se per se

1st claim   As of 8-1-19 I am
ongoingly nationwide and statewide
in federal and state custodies as
wellas in private custodies involving
all inmates and all cert teams also
named cobra squadds, Sort teams,
tactic squadds, in transfers and in yards
in holding cells, and indoor and outdoor
walking areas and inside day rooms
my dorms and inside my cells, Ened reverned
Icc 3 three New being illegally denied
protective custody by all defendants.
thats imm,inent danger

U. S. District court montgomery alabama

Daniel Eric Cobb

RECEIVED                        civil

V,

2019 SEP -5 P 12: 26

U.S. Government
and
Georgia Dept of Corrections
and
all counties jails in Georgia
and
all cities jails in Georgia
and
all municipal jails in Georgia
and
all private detention centers prefix
in Georgia
and
all private prisons in Georgia
and
all private fed detention centers in USA
and
all private prisons in USA

refix et additional defendants

by Daniel Cobb
pro se prefix

Claim 2    1set 8-5-19 I am in

arguingly, nationwide, and statewide,

in fed and state custodies, as wellas

in private custodies in imminant danger

due to GOVERNmeit forced T.b.

testo causing hairs to make and make

fall permanently out my face and head

since Xrays on my chest also on my

face and head and I've had over 80

MRI + Xrays un my head as a child

so obviously TB Xrays ues are

to many Radiation testo when no law

makes civilcans an street do T.b. test

by force when I never had T.b.

in my life and I was a adult fell

make people an street than I am in

2419 lockdown as I've been kept

new batwith Richmotes against my

will mestly, contraryto u.s.

supreme case law CRUZAN V.

missauri 1990 Right to Refuse gov.

medical

I have no problem with Streeulls

prhut medical, I just do not want

my care on any gov. medical for

claim 3        1 5 8 8- ( -19 I am, in

ongoing, nationwide, and statewide,

in federal state and private custodies, in

imminent danger of sex assault by

Government not Replacing my

manly eyebrows Government made

me lose so now I have girly

leeking eyebrows (I want my brows back)

since gays think arched brows means

I am gay, but I am not gay, have

never been gay, never will be gay,

I am also not bi, and never was and

never will be, by gov. T.B. X-rays

made my facial hairs fall out in

weird ways and inmate bit me

in 1 brew so it did not grow

back properly and ( inmate

grannu after brew into sidewalk

anagun. did nothing to stop it

attacks on me, so combination

of 3 acts made my eyebrows

in need of hair club for new Real

hair permanent implants pes fell, 26

and to make them laydown at proper angles

permanently fu and caused by saltpeter in drinks

Claim 4    as of 8-1-19 Iam in

anguish nation wide and state wide, in to
state private custodies, in imminent
danger diet. Government Refuses
to abide by Law says: [Government
is to pay for private freeworld
medical of my choice without gov.
ever getting these medical Records
without any insurance involved or
insurance company of gov's selects
or gov. medical have any say so
in what private medical care or
care not decide I may need,
but private is decide and exams and
treatments the me to be done accidily
and useful to, in private too, and includes
medical/cosmetic may be medically
needed as well as medical/cosmetic
may be needed to protect a constitutional
Right.]

    Instead gov. a chooses to supply
medical Themselves and gov. chooses
to butt their noses in my medical
Records against my will, so I do not
get what I may need by insurance C.m.B
and Security to mitt over Riders medic needs

## Claim 5

as of 8-1-19 Terri is ongoing
nationwide and statewide, in federal and
state and private custodies, in imminent
danger, due to Government illegal
acts causing me to have to sell
my meals against my will(s) in AG
to be able to protect my own Rights
to buy stamps, pens, envelopes to file
my own pro-se criminal civil
motions/cases in courts, logged.
violated their own Rules on what
both USP-BOP and ODOC custodies
indigent custodies are supposed to
be given free and indigently success
in paper and stamps etc.etc.etc, which
is all, abided by their own rules
then I would never have to sell my
food to protect my access to courts
in pending cases and cole.etc.
cases of Co. crime cases, Terri as own
attorney en as well as my own
attorney in uni cex sentence can
example this jail never gives pens
to anyone, and this jail never abides
by circled parts in attached handbook
of Terri all 3 custodies so all 3 policies
should be abided by, ref l, ref again in precals,

~~[struck-through text, illegible]~~

claim 6   as of 8-1-19 I am, in
arguing, noficencrde over state wide,
in fed, stat, private custodies in
imminent danger due to Government
not Replacing any of the legel
property felds threated on bas
Riding down hwy at night on
7-25-15 I've been seeing for sine
2015 of trying the As I had my former
feu defender ley stat priseurship
all legel suds to macen city scir
2015 months after fear arrested me
as well as all legel suds That breusle
within in fed custady, as wellos of
fed crime discurely materials
fear threated off dik due to I can
yet have property on bas but fear
failears to transfer guar before my bods
once feldre I should have suit guar

claim 6 continue

I should have sent guards here, yet
I told them I've been incarcerated
in state 18 years now so now
incarceration is my home yet I
was sentenced to GDC custody an
feel has and so GDC policys I
feel has and so GDC policys and off has
all inmates guards separated And off has
with me, yet no one told me checked
the fed policy was different and
this done safety check feels
keep policy of transferring
preferred inmates then fed prisons
to get psychological evaluations
instead of have shrink conference
so do prison. own acts I done not
have legal guards I had interviews
cursed at my feet, and lawyers
futile jury trials as evidence
and as legal arguments and as
means to self to like charged
counsel as, is my Right rule, so I can
not have fair trials, so innocent now
Denyed my evidence in evidence
I filed admin for GDC GDC acted
that I failed to say what institutes
in incarcerated at, When I told them

# COURT OF APPEALS OF GEORGIA

47 Trinity Avenue, S.W., Suite 501
Atlanta, Georgia 30334
(404)656-3450

Business Hours: Monday - Friday, 8:30 a.m. to 4:30 p.m.

## NOTICE OF DOCKETING

## APPLICATION FOR DISCRETIONARY APPEAL

## IMPORTANT RULE REQUIREMENTS AND INFORMATION

## NOTICE OF FILING IN THE COURT OF APPEALS OF GEORGIA

**APPLICATION NUMBER: A19D0557**                    **DATE OF DOCKETING: July 16, 2019**

**STYLE: DANIEL ERIC COBBLE v. GEORGIA DEPARTMENT OF CORRECTIONS COMMISSIONER**

was filed today in the Court of Appeals of Georgia.

The respondent has 10 days from the above filing date to file a response. A response is not required.

This application will be reviewed and the Court of Appeals of Georgia shall issue an order granting or denying such an appeal within 30 days of the date on which the application was filed, O.C.G.A. §5-6-35.

**Attorneys:** Attorneys: Note that Rule 46 requires that all submissions be via electronic format. E-filing instructions are found at www.gaappeals.us

**Pro Se Filing by US Postal Mail or Delivery Service:** The contents of a properly addressed mailing other than a motion for reconsideration shall be deemed filed on the date of the U.S. Postal Service postmark date if it is stamped on the envelope or container. A filing received from an overnight delivery service is deemed filed on the date shown on the envelope or container. If no date appears on the container or envelope of a mailing or delivery, the contents shall be deemed filed on the date of receipt by the court. **Motions for reconsideration are deemed filed on the date the motion is physically received in the Clerk's office, i.e., the postmark date is not relevant.**

claims centavos again
it did not occur of any institution
at all but on bas riders down a
state hury on a fed vehicle and (again)
by fears kicking me off bas but not
kicking my property off onto me
at James county jail from crisp jail
pickup fine, ducking complaining
of ficel Lieutenant D. Blantles
crime of theft against me + All prepets
crime of theft again, then bcp acted as
Rights violation, then bcp acted as
if I did not collect in 30 days after
I never received any 30 day notice to
collect then bcp acts as if my claim
said I came from a flcr, ga detention
center when I had said bcs came
from frenda detention center both
I goof anit, then bcp acts as if Blantles
did not work for bcp at time of her clems
when that what her books said but
Eventhat irreleven as bcp knows
who s employeen bcp, and so
harold R. ives at crisp jail saw
or cumele me get on bas with my
stuff and me get off at James Jear
without it and bcp drove off telling
yet as referene can couses, feu.
Replaces some free receipt replace of
and my personal guess to steal certificate
per PC CGA 14-85

claim 7   as of 8-1-19 I am in
ongoing retmanackened State custody,
in fed, state, private custodies,
in imminant danger, due to gov.
still not fixing my balls sw.
in acts caused my left nut tube
bitter by spycler force in (
in incident while asleep making
medical hate have to Regularly squeez
poison/blood out my balls for weeks
without Restraing sperm count,
making my dick not get hard,
making my dick not stay hard,
I can not make my dick jerk,
as I exit bach door in derm A-3
sun light comes in under it from
grassyard so deep spycler into
my downstairs curved cell next
further clean maintainance leaver open
to pressurecwash skewed but not
bugspray in cellsor bugspray in
pipe chaes or bugspray skewed
or bugspray Rattles, still new
spyclers coming in same way, so I am
in danger of both never having another
child and in danger fmy dick not
working again and in danger fanother bit

IN THE SUPERIOR COURT OF TATTNALL COUNTY
STATE OF GEORGIA

TATTNALL COUNTY GA
FILED IN OFFICE

2018 OCT 18 AM 10: 15

Sherry Bland
CLERK OF COURTS

DANIEL ERIC COBBLE,
GDC 758572,

    Petitioner,

vs.

STANLEY WILLIAMS, Warden,

    Respondent.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2015-HC-18-JS

### ORDER TO DISMISS PETITION AS UNTIMELY

Daniel Eric Cobble, (the "Petitioner"), filed the instant petition on March 17, 2015,

challenging his illegal confinement. Petitioner states he is being held in prison without a

conviction or sentence. The Court finds that Petitioner is currently incarcerated for two

2005 Wilcox County jury trial convictions for felony obstruction of a law enforcement

officer. Petitioner's Wilcox County convictions and sentences were affirmed on direct

appeal. Cobble v. State, 297 Ga. App. 423, 677 S.E.2d 439 (2009).

~~[struck through text]~~

~~[struck through text]~~

~~[struck through text]~~

~~[struck through text]~~

### UNTIMELY PETITION

Under O.C.G.A. § 9-14-42(c)(1), enacted in 2004 and effective July 1, 2006,

felons have four years from the date their convictions are final to file a timely habeas

corpus petition. Convictions are final when the time for seeking further appellate review

has expired including the time to file a petition for writ of certiorari to the United States

Relief

① permanent, not murds, statecwch
and certfeures past present future
employeed and all likkod naced velsicns
over inmates, in day Rcms, in holding
cells, in out deer walkways, in inclour
walkways, in cells, in transferp,
in yards, protective custody for me,
with all same privledges en P.C.
es population, as to acts/ guns {fee/
indigent grup, nane prefine, given
furre umpsum, fees fee, now or
gw. expense, new sees te relltians
in fu future, see re fer defilisesthin,
in all custedies

② all hairs or my head/face Replaces
surgically, by implant, per follich,
permanently when anothers freek hairs,
Thr hair club for men new atguv'
expense. te how hoir was te to many types of
arrest

③ no gw. medical exams, tests or me
ever again, in any custedy, not murell,
statewide, includes tb. testp dall kinds

④ abidely will: as written, by my
claim. n b Rackets  nune prefine,
asteeu acts never done on me befile
to new be done daily fill dure, and in
future do same

3.  Personal checks will not be accepted at the facility. Only certified checks, government checks, and/or money orders will be accepted through the mail, or at the facility. Mail received containing personal checks or cash money will be returned to sender.

4.  Upon discharge or transfer from this facility, all money remaining on the detainee's account will be returned to the detainee by check, payable to the detainee. You must ask the detention officer for a money slip to fill out and turn in prior to departing. You should allow up to 48 hours (excluding weekends and holidays) or processing the checks.

5.  All items purchased from the commissary (unless immediately used or consumed) must be stored in the detainee's personal storage bin. Detainees may not purchase more items than will fit in the storage bin, along with the detainee's other personal property. Bins must be able to slide under detainee's assigned bed.

6.  If there is a problem with your store call, notify commissary personnel or a detention officer immediately. Before signing the receipt for items purchased from the commissary, make sure that all items purchased are accounted for.

**MAIL** *nothing ob_ded @*
*Icrrded be Cw*

Outgoing mail of the detainees addressed to the following will not be opened or otherwise interfered with: (A) Officials of the federal, state, and local courts; (B) All federal officials , including the President of the United States, U.S. Senators, or Congressmen, and officials of any United States Agency or Department; all State officials, including the Governor, members of the State Senate and House of Representatives, and any official of any State Agency or Department; (C) All members and employees of the State Probation and Parole Board; (D) An attorney or attorneys; (E) Any duly constituted local, state, or federal court; and, (F) News media.

This facility shall, upon request, provide indigent detainees (those who have less than $5.00 in their account) with writing supplies and with up to two stamps per week for their correspondence. Indigent detainees shall also be provided with postage for any mail they wish to send to the addressees described in subsections (A), (C), (D) and (E) of the preceding paragraph. *4 e*
All other outgoing mail of detainees to any other addressees will not be interfered with except to open and inspect the same in the presence of the detainee where prison officials have reasonable grounds to suspect such communication is an attempt to formulate, devise, or otherwise effectuate a plan to escape from the jail.

Incoming mail or packages from any source will not be interfered with except to open and inspect such mail in the presence of the detainee addressee. Detainees will be given written notice, which describes any material confiscated or returned and the reason for such action. All other detainee's mail shall be delivered within twenty- four (24) hours after its arrival at the jail's mailing address.

There shall be no restriction placed on the number of letters a detainee may write or to whom the detainee can write, however, inmates will not send letters each other at this facility.

Relief

G   Meds, cells / safety cells permanently new
at gvn. expense make no dick get help
Regularly and stay help Regularly and
Jump big when I want it to any
those high speel n client to when
whatever means needed [Example
if a orgen denars dick help
be put on me cry my re cut off to
do that, then so be it] as longer
deners old under any longer then
me and white / celo, [keep prices
steerulled spendists when fab
of white /cele pretty reofeb,
retgur, ret der]

B   - all linctos any all dishness
I had field spring 2015 fi new
For pens indenruss steups the
Replaced linpsen at gvn. expue
but a few non-perishell fudoo
my choice, in egunulentreachies
the kept, ing cell on R. C, in of
custodios returcurds state cure
and yull phs g'cells do certainly
in Xrensperss ome, you'll gese
bring tame new

D   all free/indigent 6cp/ 6pe/ Jerlo
guns I did not get any / other men england
in these custudiosset ebbes Euch SNU.
Jees to new, fole sneer ne new linpsin

## SECTION II

# RIGHTS

## ACCESS TO THE COURTS

Any detainee who can not afford an attorney will have the right to request an attorney.   An application requesting Court appointed legal representation will be available from Clerk of Indigent Defense Council.

The jail library maintains a complete and current copy of the following books:

(1)   Official Code of Georgia Annotated (Michie):
(2)   Georgia Rules of Court (Michie):
(3)   Daniel, Georgia Criminal Trial Practice (Harrison):
(4)   Daniel, Handbook on Criminal Evidence, (Harrison):
(5)   Daniel, Criminal Trial Practice Forms (Harrison):
(6)   Moiner, Georgia Criminal Law (Harrison):
(7)   Wilkes, Federal Habeas Handbook (Harrison):
(8)   Those United States Codes Annotated Individual volumes containing 42 U.S. C. 1983, 28 U.S. C.  1343, and 28 U.S. C. 2254, including their annotations (West):
(9)   Prisoner's Self-Help Litigation Manual, Oceana Publications, Inc. (75 Main Street, Dobbs Ferry, Ny 10522); and
(10)   Prisoners and the Law, Clark Boardman Callaghan Publishers (155 P fingsten Road, Deerfield, IL 60015-4998)

Detainees may request to use legal materials between the hours of 8:00 a.m. and 5:00 p.m.

Detainees have the right to the confidential access to the Courts by mail including the right to prepare and file legal papers with any Court.   Any document so prepared shall be transmitted to the Court by the Jail's personnel, at public expense for indigent inmates.

## RECREATION

Each detainee will be afforded one hour of outdoor exercise and recreation per day, weather permitting. Appropriate outdoor recreational equipment including basketball goals and balls will be furnished.

9

# Reliefs

7 continued

taxes fees, attorney expenses, more pro tune, any in future fee filings fees from all custodies

(8) all my properties guns stolen replaced lump sum fees [illegible] now as described from items 7-15-18 and 8-27-78 in court filing in USDC [illegible] attorney expenses with same or greater value at my choice of greater

(9) if my guns [illegible], damaged, lost, broken, stolen again by anyone other than me, in all custodies [illegible] the replaced every [illegible] expense in medically, lump sum fees, every fine, [illegible] [illegible] or filing suit, [illegible] or admin [illegible], [illegible] [illegible] [illegible] [illegible]

(10) all replaced guns kept in my cell [illegible] in all custodies [illegible] [illegible] [illegible] custodies and same [illegible] other guns, except [illegible] [illegible] any where else [illegible]

~~[illegible]~~

Relief

(11) all security rights laws guy
Replaces the keeping gun storage
every whole type, full Iga flea
from all custodies, in all custodies
nation wide, statewide

(12) all my guns the transferred
with me, not after, rentbe file
in all custodies, full Iga flea free
all custodies, nation wide, statewide

(13) use waterproof, fireproof,
earthquake proof corrosion proof
gun bags to transpell all my guns
in all custodies, nation wide, statewide,
full Iga flea fun all custodies

(14) possessions of rates of law
abided by opts are gun, gives something
time its mine forever, not gives to take
back against my will late

(15) all my guns physically called
by all custodies nation wide statewide
full Iga flea from all custodies

(16) all my guns transported if whole
I count it all together with me when taken far
from all custodies, at gun expense,
nation wide statewide in all custodies

⊛ (17) no saltpeter ever put in my food,
drink or again

**CLERK'S OFFICE**
**SUPREME COURT OF GEORGIA**
244 Washington Street, Room 572
Atlanta, Georgia  30334

NAME: _____ Daniel Eric Cobble _____

DATE: _____ July 18, 2019 _____

CASE NO. _____ N/A _____

☐ The Rules of the Supreme Court of Georgia are available on our website at www.gasupreme.us.  We no longer have paper copies available for distribution.

☐ This office does not have forms of any kind for distribution.

☐ Thank you for sending us your change of address.  We have updated our records accordingly.

☐ I am sorry that we cannot help you with the answers to your questions.  Employees of this Court may not provide legal advice.

☐ You do not have an appeal <u>pending</u> in this Court in which to file your papers.

☐ Your recent letter to _____ has been forwarded to this office for a response.  The Justices may consider cases pending in the Court, but may not advise litigants or discuss cases with them except within authorized procedures.

☐ This Court is unable to supply copies to you without charge.  If you will remit the cost of copying, we will send you the documents you requested.  The charge for those documents is $ _____ .

☐ A pauper's affidavit cannot be accepted in lieu of payment for copying charges.  Pauper's affidavits can only be used for costs for filing an appeal or an application for appeal.

☐ The remittitur was returned to the trial court on _____ and this Court no longer has jurisdiction over your case.

☐ All documents filed in this Court must have a certificate of service attached showing the name and address of opposing counsel, or if no counsel, the opposing party to whom you have sent a copy of your filing.

☐ I am returning your documents to you for your further use.

1

Relief

41) emotional distress damage

48) all nure pro ture assp J-150/fence

49) all into futurta

44) sere fr deters

45) endeva given re fur this

46) pretrial quil appointed attorn

47) trial quil appointed attorn

48) all cutt cess

49) Summons Serves

50) paper status decided by Jug

51) Filbu fees

52) spyder power frike

54) melt guild for P.C

55) Fix self com frum M/ppeg
my cell distrefug cuff my self safe

56) clerkles bleach see cell, bck
Sun cent share in pg tele suse
pit carry beck cell cerndurean PS

57) mesgurpped my cea
our fuell plee eng mare
plent are cut pped

58) accushe p les per in by cee
funappud it scatter need
deat getin ou Re furebur
cutside belling in solur

☑ Your documents are being returned to you **unfiled** as they do not comply with this Court's Rules regarding format, content, or attachments, see Supreme Ct. Rules 14-22 and 33.

It was in compliance
with your Rules
however you don't have
any Rules for this kind
of situation.
as this not appeal
but enforcement judgement
[illegible]

*(illegible handwritten notes)*

**DOCUMENT RETURN NOTICE FOR BRIEFS OR MOTIONS**

July 5, 2019

**To:**   Mr. Daniel Eric Cobble, Sumter County Jail, 352 McMath Mill Rd., Americus, GA 31719

**Docket Number**:   Style:

**Your document(s) is (are) being returned for the following reason(s).**

1. ☐   Your application was not accompanied by the statutory filing fee ($300.00 civil or $80.00 criminal). Your application will:
    ☐   Accompanied by a pauper's affidavit substantially similar to the form affidavit on the Court's website
    ☐   Signed and notarized by a notary public.          Rule 30 (d) and 31 (d)

2. ☐   A Request for Oral Argument must be filed as a separate document.  Rule 28 (a) (3)

3. ☐   Your document(s) was (were) not signed. Rule 2 (a)

4. ☐   No Certificate of Service.

5. ☐   An improper Certificate of Service accompanied your document(s). The opposing counsel must actually be served with a copy of your filing. Rules 2(a) and 6.   You should provide a copy of your filing to the:
        ☐   District Attorney;
        ☐   Solicitor General;
        ☐   Attorney General

6. ☐   Your document exceeds page limits.  Rules 24 (f) and 27 (a)

7. ☐   Your document was submitted without permission to file:
        ☐   Supplemental Brief or
        ☐   second Motion for Reconsideration.  Rules 27 (a) and 37 (d)

8. ☐   Letter briefs and letter cites are not permitted.  Rule 27 (b)

9. ☐   Your request for court action must be submitted in motion form.  Rule 41 (a)

10. ☐   Your motions were submitted in an improper form
        ☐   joint,
        ☐   compound or
        ☐   alternative motions in one document.  Rule 41 (b)

11. ☐   Type was on both sides of the paper; type font was smaller than 10 characters per inch; and/or the type was not double-spaced.  Rules 2 (c) (1-3), 24 (b), 37 (a) and 41 (b).

12. ☐   The pages were not sequentially numbered with arabic numerals. Rule 24 (e)

13. ☐   Margins were too small or paper size incorrect. Rules 2(c)(1),  24(c), 37 (a) and 41(b)

14. ☐   No exhibits may be attached to an appellate brief or any Motion except Rule 40(b). Rules 24(g), 37(a) and 41(b).  *Im trying to enforce an Order*

15. ☑   **A Rule 40 (b) motion shall: Contain an explanation why an order of this Court is necessary and why the action requested is time sensitive; Contain a stamped "filed" copy of the order being appealed; Contain stamped <u>unchanged</u> "filed" copy of the notice of appeal; Show that service was perfected upon the opposing party before filing the motion with the Court; and Be accompanied by the filing fee or evidence that one or more of the fee waiver provisions of Rule 5 apply, unless the motion is filed in a pending case already docketed with the Court. Rule 40 (b)**

16. ☐   Other:  *I am not appealing any order*

For Additional information, please go to the Court's website at: www.gaappeals.us

Updated Form: June 4, 2019

Relief

67) any [ CRC ] inmate env
getting while drawn confined
fla or indirectly, Calif all
grieve, sys of file

68) Refill my evl 50 pieces
muscle massolere legs diff my
fleering, hands, celleg alere
tone surge cells and by equipment
and supplies needed flood

69) my flees while steslep that
on sys of aMese replcee
in trsare

70) life in injuries damages

71) special injuries damages

72) allow me talso be my cur
cut attorney even thas
appented of thes passing re

73) appented appeal attorney to help
pe serve my cur

74) SKINNER V. uphoff
U.S Dist wyoming deed a b c d ed by
by my Dist cresfesuring of 15 of cert
pelleu and my famlgs assault for me
atmy arrest and 5-5-04 wl/ce stat
prior celt flum assault upou re and
numerous 2015 d 2019 assult/tance in
full custudys

**RETURN NOTICE**

June 17, 2019

To:  Mr. Daniel Eric Cobble, Sumter County Jail, 352 McMath Mill Road, Americus, GA 31719

Case Number:_____  Lower Court:_____  County Superior Court
Court of Appeals Case Number and Style: A04A0884 Daniel Eric Cobble v. The State

**Your document(s) is (are) being returned for the following reason(s).**

☐  There is no case pending in the Court of Appeals of Georgia under the name of          . Therefore, I am returning your documents to you.

☐  A Notice of Appeal is filed with the clerk of the trial court and not with the Court of Appeals of Georgia. See OCGA §5-6-37. Once the trial court clerk has received and filed the Notice of Appeal, the trial court clerk will prepare a copy of the record and transcripts as designated by the Notice of Appeal and transmit them to this Court. Once docketed, a Docketing Notice with the Briefing Schedule and other important information is mailed to counsel or directly to the parties, if the parties are representing themselves. Do not provide this Court with a copy of the Notice of Appeal you filed with the superior court. We do not have a file to append your copy. The Notice of Appeal must include a proper Certificate of Service; it must show service to the opposing counsel and contain the counsel's full name and complete mailing address. The opposing counsel must actually be served with a copy of your filing.

☐  **An Application for Writ of Habeas Corpus should be filed in the superior court of the county in which you claim you are illegally detained.** An appeal from a denial of an Application for Writ of Habeas Corpus is to the Supreme Court and not the Court of Appeals.

☑  **Your appeal was disposed by opinion on July 29, 2004. The Court of Appeals affirmed the judgment. The remittitur was issued on August 17, 2004, divesting this Court of jurisdiction. The case decision is therefore final.**

☐  **If you intended to file in the _____ this is their address:**

☐  **If an attorney has been appointed for you and you are concerned with the representation provided by that attorney, you should address that issue to the trial court. As long as you are represented by an attorney, you cannot file pleadings on your own behalf. Your attorney must file a Motion to Withdraw as Counsel and it must be granted, before you can file your own pleadings in this Court.**

☐  A request for an out-of-time appeal of a direct appeal should be made to the trial court from which you are appealing. If your motion is denied by the trial court, you can file an appeal of that decision.

For Additional information, please go to the Court's website at: www.gaappeals.us

Relief

75) test my notionality to deny
3 Req party Driver Dry/ an espe
tests arise per OCGA 4 d. 13-d

76) if about tests shausten
6 exhozuble depeltme so
diplomatic family immunity
with my estate familyweeter
Rey Uint Fedul freers

77) Seoure tests stacket an
British, 6+ ret nob6, the
depel se anyhow per OCGA
4 d-4-14 Requiter now

78) polygamy against my wife
and her illegel they husbend
crime law enforced to give me
access to my hurse/cell/gump values
values and my monies Sther Smith
SV I can repcy ceult feast file or
1998 Iwas married to tenn alabama cumulus/law

79) my real estates house, my
mans motels dease I inherited
chided by, by staying my memory
my half brother and my Stepmam
Steeling my houses, set can
pay filen fees to this

80) lofines compensation in parafix
damises

SECTION IV

# DETAINEES SERVICES

## HEALTH CARE/DENTAL CARE

*all 3 below*
*circled*
*party*
*only*
*; (legal*

1. A nurse will be on duty 24 hours a day, 7 days a week.

2. If a detainee has a medical problem, he/she is required to fill out a "medical request" form, which may be obtained from a Nurse during medical call. The request form will be forwarded to medical.

3. If a detainee's medical problem continues after receiving the prescribed treatment, it is the detainee's responsibility to fill out another "medical request" form.

4. Medical department will provide medical services, using their own doctors and medical staff at no charge to the detainee. In the event a detainee requests the services of a local private doctor of the detainee's own choice, the detainee must make a written request to the medical department. The medical department will make arrangements for the detainee to see the physician of the detainee's choice. Any expense incurred by a consultation with a private doctor, at the detainee's request, will be the responsibility of the detainee, and will not be paid by this facility or the medical department. The medical records, if any, created during consultation with a private doctor will be made available to the medical department. The medical department will make their records available to the detainee's private doctor.

5. All medications prescribed by the doctor will be securely stored and issued through the medical department in accordance with the doctor's orders.

6. Over the counter medication such as aspirin, cold pills, etc. will be made available when the nurses make their medication rounds. If the nurse determines that the detainee's request for these medications is legitimate, the nurse will dispense the medicine.

7. If a detainee has an emergency medical problem, the detainee should notify the detention officer.

8. Emergency dental care is provided when required. Detainees will complete a "medical request" form stating their need to see a dentist. Medical/dental personnel will decide whether emergency dental treatment is necessary.

9. Detainees will be billed $5.00 for non-legitimate medical request.

17

<u>Reliefs</u>

80) Return my birth names all 4
often to me,

81) enforce all my marriage
Rights

82) enforce all my parental rights
given on 5-10-01 by the
Supreme court case #
01-1-4265-34 few equivalent

83) all state orders and all
state laws, few equivalent to
occ64/14-88 owns & see
all of the 6a property perfume
stores, ent, entparts,
entparts installed, sell cars
cell, insurance, active class A
license

84) use my cdl 9.5 license class C
Ga plate on all my ab

85) enforce my conceal, re
Rights

86) change my thing last name
to my birth last name from his
sure current lastname to her
of the for example ]

Relief

89) ...

90) ...

91) ...

92) ...

93) ...

94) ...

Relief

93 continues

exempt Real, county, white

gift pop cells, [illegible] / diamond

platinum Real Jewelry, [illegible]

mugs Real life [illegible] pictures of [illegible]

friends pets [illegible] and white

(hispanic is white [illegible]) cash money,

stamps, foods, hygiene supplies

etcetera and donate all to me

Since [illegible] donated to me

stamps [illegible] of [illegible]

[illegible] they [illegible] from [illegible]

94 on free [illegible], public [illegible]

get off internet [illegible]

I [illegible] get [illegible]

95 on my [illegible]

including transportation [illegible]

[illegible]

96 on [illegible] / [illegible]

free [illegible] public [illegible]

get [illegible]

97 [illegible]

[illegible]

[illegible]

Relief

(98) on all my wifes marriage to Paul [illegible] since she never divorced me after she married him

(99) all my kids [illegible] state help records as well [illegible]

(100) seek all my past states use under crime records

(101) seek all my past states use under civil records

(102) seek all my past security records states private, public, federal

(103) $ 4 [illegible] [illegible] granted me given

(104) $ 4 [illegible] in services [illegible] granted me, give me

(105) admit this [illegible] 42 usc 1983 [illegible]

(106) give me a business [illegible]

(107) go find all firm

(108) go get all firm

(109) take all where [illegible] [illegible] [illegible]

(110) give me [illegible] $ 4 [illegible] [illegible] for 6 days 4 cents per card

Relief

(#1) grieve creation & 4 acre
per cent cash for clunkers
for 6 day 7 cent dealers
thru info buy new cart on
July

(#2) sma internet restriction
laws did not elapse on my well
website for Iggr full, internet
new full flow in all custodian

(#3) all screens &      Relief
6 et in ( fire equipment,
instant

(#4) since guy sell cater for
donations for christshapens
muslims bible, they get me
free bible dry chrco 8
Religion            (Illyrian)

(#5) all suing people trust that can
buy their GPe, Idn't not
get in for costing it to GPe
dries fir c illegal dried, GPe
buy me now

(#6) all worldwide estates, all my
grandchildren put on my family

(#7) then get in/keep this retirement

U. S. Dist. Curt montgmeny clisore

Daniel Eric Cobb

v.

SDC
efil

RECEIVED
case #

2019 SEP -5  P 12: 29

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

10 pages Notice Services ; N.S. de all
; N care cerated facilitys tobe done
for plaintiff i nall custodys retourned
permanently as Reliefs to gR, erence
appeal written granted #

① all in coming mail 6 Rcught to me personally
by fedex every time
② all my outgoing mail to be picked up by fedex
fromme personally every fime
③ Gov. can not sign Receving my mail fromme
④ my mail not Refurred to seveldeliverme
not allowing Gov. to sign my mare Receiving it
⑤ I dont have to sign anything Gov, to Receive
my mail
⑥ I can sign Receiving my mail with fedex
myself
⑦ Gov. can not fill/cut any mail for me
going out
⑧ Gov. can not fill/cut any incoming mail
fromme

by
plaintiff

(9) I can fill out all outgoing mail I mail to fedex myself

(10) I can fill out all incoming mail I mail to fedex myself

(11) I can send out any kind of mail I want Restricted, overnight, insured, sameday 3 business day, 5 business day, (prior ship box, Return Receipt

(12) I can get in any kind of mail I want Restricted, overnight, insured, sameday 3 business day, 5 business day, (prior ship box, Return Receipt

(13) I can not be put on outgoing mail Restriction

(14) I can not be put on incoming mail Restriction

(15) I can have as much mail I mail P.O as I can ever get in by mail

(16) I can get in completed print outs off internet in mail

(17) No limit to quantity of mail I can get in at one time I wish

(18) no limit to how often I can get in mail

(19) certified mail come in all the be given to me keep two

(20) first to be one to open my incoming mail return

21) my mail to be opened in my presence only
22) my mail I can seal myself + to sendout
without gov. reading it
23) containers my mail come in be
opened with professional opening device us
only, not ripped open
24) packing material my mail comes
in, I keep
25) fedex to come to get my mail six
days every week
26) fedex to come get my mail befor
11:15 Ame every day
27) my mail to be given to me, immediatly
upon fedex opening it before fedex leaves me
28) I can send out as much money
as I want to at 1 time every hr
by mail
29) I get to fill out money orders + send
out, not gov.
30) Gov does not get a copy of my fedex
mail stuff I sign, write on
31) I can send out whatever
merchandise I want to in
mail thats mine
32) Gov. not to push fedex one they
are at my door
33) I can get per no phens in mail
alike offs from woman

(34) I can get in perio orders, mail
directly from warner

(35) I can get in perio mags in mail
from publishers and from stores

(36) I can get in perio orders in
mail from publishers and from stores

(37) I can get in all open records
and all fed freedom info records
exists, Michalesan electronic format
warrant

(38) all my mail I can keep in my PC
cell, not in files

(39) I be kept on permanent unharmed
protective custody in all custodies and all
inmates and on all cert teams members

(40) I be kept in my own P.C. building
alone & maysanly

(41) I be kept at Gwinnett county jail

(42) only white, not fat, not gay, not black,
not brown, not half black, not fed, females,
beautiful, gov. employes working my blds

(43) I sleep in dayroom

(44) all video Recorders, video monitors,
Removed from my bldg

(45) all light bulbs removed from my bldg

(46) all my bldg inside painted dark black
walls, ceiling, doors, window frames, door frames,

47) 3 prong utility outlets put into my bldg

48) clothes washer power / water / sewage outlets installed, wiring bldg

49) clothes dryer power / air duct outlets installed into my bldg

50) darkness black, 1 way tint see out only, installed on all my bldg windows, except 1 top middle window on officers desk turn bldg

51) water hose spicket installed in my bldg

52) water hose spicket put on my bldgs shower here

53) my bldg shower head made hot / cold water mixed myself by I knobs w/hines

54) my t.v. never gets turned off

55) surround sound speakers installed in my bldg to t.v.

56) my bldg power not hooked to other bldgs power so no one else can flip my circuit breaker

57) I never have to have my face / hair shaved or trimmed

58) I never have to have my head hair cut or trimmed

59) I never get any privledge taken from me regardless what I do or don't do

60) I never get any of my personal property get taken from me regardless what I do or dont do, retrieve temperarely

61) all my stuff goes with me when I transfer, not after no, not before no

62) all my stuff always within my eyes sight always feels feels

63) gun always physically cover all my stuff from

64) I can wear as many freeworld undershirts
as I want as longes under my gen, clothes
during transfer

65) I can wear all my freeworld outer clothes
in my bldg as long im in my bldg and during yard

66) I can take shower whenever I want

67) I can get in conjugle visits there
at a time every week

68) I can visibly bleed my bed and
my shureralle a pull to allwah wd
hes as for several befs uR from shullsein

69) I never have to be fully dressed, in my bldg
as rush of uggs fleese harew boxers

70) my bldg clean to my urkelhyard
operame 24/7

71) short sally get cenreek hospns pes
in my bldg to my yurd with 2 dunnys
withent off, with 2 sdzed clues

72) half free's put over my bldg yard

73) big ramphun put into my bldg yard
under halfshut

74) outdeer thick folle furs peten
my bldg yard flar

75) ifany thing in my bldg stops ch
slensdum or fhriles whewt
coms to working curchtiv, to fixed
within 2 hours

76) I canget in freeworld funs so
normally chhnes to keep in my fht cos
as lungs not security escape isuble

77) most possible channels exist on my tv.

78) all permanently

79) all anti inwards

80) all, in all custodys, be in state, state private, counties, counties private, cities, cities private, municipal, feds pretrial detention, feds private detention pretrial

81) I'm always transfered alone

82) I'm always in holding cells alone

83) my toiletcan flush as many times as I want

84) all sports now

85) all of my choice as to types stuff I want to get in from kleenets

86) I never have to be inspection ready, in anyway

87) none of these things changed once done

88) I can get mail in 6 days w/ffcs

89) I can never be put on incoming package Restriction

90) I never have to turn volume down for my tv and/or Radio

91) fix so I can manually turn channels onto myself

92) fix so I can hear t.v. out loud, without head phones

93) fix so my T.V. Beeps left off steer

94) none my property ever stenciled

95) none my property ever engraves

96) none my ... ... ... Searched outs, of my
present

97) I never have to face away from Searcher,

98) I never have to get on my Knees

99) I can walk thru doorways forward,
not backwards

100) I can take Radio with me on transfers,

101) I can wear free world jean pants,
with spare shirt during transfers with same cant
as long as I have them attached have same every
prisoner on back no to have stripes along legs
and arms

102) I can never be frisked

103) I can never be pepperspray

104) all my property on same P.C. as I am

105) I can wear Jewelry outside my clothes
during transfers

106) I can never be strip searched again

107) I can never be handcuffed behind
my back

108) no black box ever used to cuff me

109) my hands never crossed in handcuffs

110) no gov. medical fig to me or exist in
my name

111) I can fill out gov. papers use my
incarcerated # in place my name as to
signature

112) I can use internet

113) no gov. medical anything can ever be
done anything

114) I can curse in general

115) all at gvmt expense
116) gvmt Replaces all with same immediatly
at their expense every fire a gvmt employee
breaks damages vandalizes, loses, steals,
wears/cuts intentional or accidental, someday
117) all gvmt employees fired that ever violate
any of this 1st time based on my violation
without any pension with bad future job
references, not outside. permanently from all
law enforcement slots, in all custody types Jobs
unless they show under evidence directly
proves my violation lie
118) Remove light bulbs from cells
119) on every my bldg in all Rooms monthly
includes cells shower's dayroom closet
inside pipe chases
120) concrete speedbumps put in driveways
+ doors to my bldg
121) lightning Rod installed at my bldgs
122) install Landline phone line in my bldg
123) wifi outlet installed in my bldg
124) satellite tv dish system installed
125) in my bldg news in my dayroom
126) install tv signal booster
127) dvr outlet installed in my bldg
127D) sewage line installed to my portable
128) bottle fishwash drain
129) water fountain pearl/water(cold/hot)
water fountain installed in my bldg
130) sewage system installed in my bldg
water purifier faucet installed in
my bldg in / cell

(131) carpet in my bldg dayroom installed deep dark black

(132) use water proof, not water based, paint in my bldg

(133) all carpet glue, easy-tucked installed

(134) The following freeworld private medical only of my choice i need it

(135) gov. never gets results of my freeworld medical

(136) no. gov. administration file to ever exist with my name on it, use my incarceration # [illegible] in its place

(137) I do not have to say why I need freeworld medical treat, only that I do need it

(138) no gov. can see/hear my freeworld medical exams/treatments

(139) my Gov. SS# permanently canceled

(140) no gov. permission to help my medical

(141) all these privileges services to me of my choice in the future whatever I have further need till be given home

(142) Fax machine line installed in my bldg

US Dist Court Montgomery Alabama

Daniel Eric Cobb          Civil #

V.

U S Gov.
etc.

Demand Motion for a Jury
of 12 people to decide if
my claims equal
imminant danger of serious
physical injury or not,
instead of a Judge as to
whether I qualify to file free

by Daniel Eric Cobb
pro se petition

U.S. Dist, court montgomery alabama

Daniel Eric Cobb

civil
#

U.S. giv,
et al

motion for court appointed
Fed fort attorney due to 8-30-18
U.S. Dist Macon Ga, #514 cr 77
finding me not competent enough
To Represent myself pretrial
on crime case. so obviously if
I'm not competent enough on a
crime case Then I'm also not
competent enough pretrial on
civil case ether, since also
9-11-16 Brain scan Result
filed in that case says I have
extreme demege and 2-6-18
11th cir Ruler me not competent
# 17-10975-BB

by Daniel Eric Cobb
pro se petition

U.S. Dist Court in Montgomery dl'bane

Daniel Eric Cobb

RECEIVED

2019 SEP -5 P 12: 29

civi as-given

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

motion to protect my Right to fight case without guns thru process in voluring Restrictions in paper status by ordering gde to only pay me new if (they wrote words this grievance is fully granted. r feb 1st. it # 65 457 at headquarters level in atlant on grieve I asked for gqa cee in freeze or (as und) Server buy choice see me for detuils take this)

of this so I can prepay f Courts since its pointless to self in griever exhaust in process if I win and still dent getting Remeds by Daniel Euctcll

pr se petition

U S Dist clerk montgomery chem

Dennis Eric Cellos

RECEIVED

2019 SEP -5 P 12: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion to Court for relief

This case not fee 4 stage
(983 since I am in fed
custody, suit has file letter
something else, not habeas
not mandamus

by Dennis Cullen
pro se petition



US Dist Clerk montgomery alabama

Daniel Eric Cobbs                                    C (M)

                    V.              RECEIVED              ff

US gov. etc      2019 SEP -5 P 12: 30

Mch Cobb DEBRA P. HACKETT, CLK    well to Return
                 U.S. DISTRICT COURT
                 MIDDLE DISTRICT ALA

all originals of all sever files

civil / criminal notarized

in fees court, to me (net copies)

but you'll keep copys, includes

this suit for, it's my property, it's all

by Daniel Cobbs

pro se petition

U.S. Dist. Court montgummy Alabama

Daniel Eric Cebb 6          civil

RECEIVED
2019 SEP -5 P 12: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

V,

USGW.
et al.

motion to (vc) Transfer

This case to Georgia is due
to feels in Ga, violates the
Fed case law that says the
civil 3 strikes law does
not apply to civilly
committed incompetent
people and they would
my claims to say I say
opposite of what my claims
were, so no fair case here
This nationwide issue anywhere

example I complain of never
divorce, they say I was divorced
example I complain 6, Daniel Everett
my parental Right I was            prose petition
court given violated
they say I have none

U.S District curt mentgemerg alabama

Daniel Ezs Case

RECEIVED
2019 SEP -5 P 12: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil

V.

usgw
etc

Motion for Government
to be made to explain why all
these Restaurants new days
are able to feed extremely
good feeds and on $1 menus
and they deliver, but I am
being feed this low quality
crap, contrery to my U.S.
constitutional Right To Seek
Happiness

example ce ce's pizza allyoucan
eet $6
example taco bells Reaper Ranch fries
example mcdonalds dollar menu

by Daniel Ezell
pro se petition

Name: 

| Quantity | Item | Description | Price |
|---|---|---|---|
|  | 204 | Snickers | 1.30 |
|  | 205 | Reese's Fast Break Bar | 1.30 |
|  | 206 | M & M Peanut | 1.30 |
|  | 209 | Tropical Fruit Trail Mix | 1.50 |
|  | 211 | Chewy Sweet Tarts | 1.30 |
|  | 212 | Sugar Free Fruit Candy | 1.30 |
|  | 220 | Assorted Jolly Rancher | 1.40 |
|  | 227 | Bag Peppermint | 1.30 |
|  | 229 | Bag Fireballs | 1.30 |
|  | 230 | Skittles | 1.30 |
|  | 310 | JalpenoChed Cheetos | 1.25 |
|  | 311 | Flaming Hot Cheetos | 1.25 |
|  | 312 | Cheddar Ruffles | 1.25 |
|  | 313 | BBQ Fritos | 1.25 |
|  | 314 | BBQ Skins | 0.75 |
|  | 315 | Cheese Puffs 2oz | 1.30 |
|  | 316 | Dorito | 1.25 |
|  | 317 | Lay's Salt and Vinegar | 1.25 |
|  | 320 | Voodoo Chips | 1.25 |
|  | 321 | Spicy Cheese Crackers | 0.60 |
|  | 323 | Cheese Pnut Butter Cracker | 0.60 |
|  | 329 | Hot Chicken Ramen | 0.55 |
|  | 330 | Chick Ramen Low Sodium | 0.55 |
|  | 331 | Chili Ramen | 0.55 |
|  | 334 | Beef Ramen Low Sodium | 0.55 |
|  | 335 | Lime Chili with Shrimp Cup | 0.95 |
|  | 336 | Peanut Butter Cookie | 2.60 |
|  | 338 | Duplex Crème Cookies | 2.60 |
|  | 337 | Spam Single | 2.60 |
|  | 350 | Sugar | 2.70 |
|  | 351 | Creamer | 2.00 |
|  | 352 | Coco Bag - 15 - 10oz | 2.75 |
|  | 356 | Sugar Twin | 2.80 |
|  | 357 | Little Debbie Double Decker 6ct. | 4.75 |
|  | 363 | Grits 12ct. | 6.30 |
|  | 364 | Quaker Oatmeal Variety | 6.30 |
|  | 365 | Honey Bun | 1.00 |
|  | 366 | Peanut Butter Jar | 4.25 |
|  | 367 | Mayonnaise 12oz | 2.95 |
|  | 368 | Bacon Slices 6ct. | 4.25 |
|  | 369 | Instant Potato | 1.95 |
|  | 370 | Cookies&Cream Pop-Tart | 3.40 |
|  | 371 | Beef Stew | 2.50 |
|  | 372 | Sliced Jalapeno 12 oz | 3.35 |
|  | 373 | Refried Beans and Rice | 1.85 |
|  | 374 | Dill Pickle | 1.40 |
|  | 375 | Flour Tortillas 6ct. | 1.75 |
|  | 385 | Keefe Coffee | 5.35 |
|  | 386 | Straw/Lem.. Sugar Free | 2.45 |
|  | 387 | Keefe Cherry | 3.35 |
|  | 388 | Keefe Orange | 3.35 |
|  | 389 | Keefe Punch | 3.35 |
|  | 390 | Hot Sauce | 1.35 |
|  | 391 | Sharp Squeeze Cheese | 1.25 |
|  | 392 | Diced Chicken Breast | 4.75 |
|  | 393 | Saltine Sleeve | 0.85 |
|  | 394 | Salsa | 2.75 |
|  | 395 | Tuna Fish 4.23 oz | 2.95 |
|  | 396 | Chili with Beans | 2.95 |
|  | 397 | Sardines | 1.80 |

| Quantity | Item | Description | Price |
|---|---|---|---|
|  | 398 | Beef Barbacoa | 4.75 |
|  | 399 | Hot Summer Sausage | 2.50 |
|  | 401 | Original Summer Sausage | 2.50 |
|  | 400 | Shampoo | 1.90 |
|  | 402 | Conditioner | 1.90 |
|  | 403 | Baby Powder | 2.70 |
|  | 404 | Coco Butter Lotion | 3.95 |
|  | 405 | Baby Oil | 4.00 |
|  | 407 | Coco Butter Stick | 2.50 |
|  | 406 | Women's Deodorant | 3.50 |
|  | 408 | Men's Deodorant | 3.50 |
|  | 409 | Petroleum Jelly | 2.75 |
|  | 410 | Toothbrush | 2.25 |
|  | 411 | Toothbrush Holder | 1.50 |
|  | 413 | Toothpaste | 3.15 |
|  | 415 | Denture Adhesive | 5.25 |
|  | 418 | Soap Dish | 1.00 |
|  | 419 | Chapstick | 2.10 |
|  | 421 | Cotton Swabs 100ct | 1.65 |
|  | 422 | Dial Soap | 1.55 |
|  | 423 | Dove Soap | 3.70 |
|  | 424 | Irish Spring Soap | 1.55 |
|  | 425 | Small Comb | 0.25 |
|  | 427 | Hairbrush | 4.15 |
|  | 428 | Murray Hair Dress | 3.35 |
|  | 431 | Hydrocortisone Cream 1oz | 2.55 |
|  | 439 | Nozema - 2.0 oz | 3.00 |
|  | 443 | Tolnaftaie Cream | 2.35 |
|  | 444 | Halls | 1.25 |
|  | 446 | Magic Shave | 4.00 |
|  | 447 | Jamaican Locking Gel 6 oz | 8.75 |
|  | 500 | Pen | 0.35 |
|  | 501 | Pencil | 0.25 |
|  | 502 | Legal Pads | 1.75 |
|  | 504 | Legal Envelope(9x12) w/o clasp | 0.50 |
|  | 506 | Stamp | 0.55 |
|  | 507 | White Envelope(Long) | 0.15 |
|  | 508 | Playing Cards | 2.25 |
|  | 515 | Holiday Card | 1.50 |
|  | 516 | Birthday Card | 1.50 |
|  | 517 | All Occasion Card | 1.50 |
|  | 518 | Mirror | 3.00 |
|  | 524 | Insulated Mug | 3.00 |
|  | 525 | Wave Cap | 3.95 |
|  | 606 | Bowl and Lid | 1.25 |
|  | 610 | Dental Picks | 2.90 |
|  | 612 | Shower Slides | 1.50 |
|  | 700 | Pepsi 20oz. | 1.50 |
|  | 701 | Diet Pepsi 20oz. | 1.50 |
|  | 702 | Mountain Dew 20oz. | 1.50 |
|  | 703 | Dr Pepper 20oz. | 1.50 |
|  | 705 | Phone Card | 10.00 |
|  | 801 | Tampons | 9.10 |
|  | 802 | Sanitary Pads | 4.25 |
|  | 804 | Dark and Lovely Perm | 11.90 |
|  | 805 | Lipstick | 1.80 |
|  | 807 | Eyebrow Marker | 1.80 |
|  | 808 | Mascara Black | 1.80 |

Orders due 11:00pm Tuesday

$200 Spending Limit

U.S. District Court montgomery Alabama

Daniel Entwhistle

RECEIVED
2019 SEP -5 P 12: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

civil
#

USSW. etc

Emergency motion for
Court to enforce attached Sumter
Jail handbook 2 pages our
Rules as they wrote them as to
parts I circled mine profane
Curs sum for the 3 years I've been
here during 3 times here on this/
case, see refer how/What fee
(end)

Do To protecting Right of access to court
So I'll have stamps pens envelopes
etc etc to write/mail this court
(end)

Since Jail never abided by any of it

by Daniel Entwhistle
pro se petition

U.S. District Clerk montgomery alabame

Daniel Eric Cobb

RECEIVED

us. gov. of

2019 SEP -5 P 12: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Gui

Motion for Government
to explain why as of 8-1-19
Fulton county court has still not
filed crim march 2018 paper
petition Images from reets
certline on mandamas to enforce

as ofelside this poo cobb papers show
grievance greatful agenst GDC
enforce attempt (encl)

This is far from 1st time
that court and ofels in Georgia
went years without filew any
O.C. GA. Law says all Judges
transwer all motions within 90
days in big counties and 3 a day
in small counties or be impeached
but as all Georgia Judges violate
This and Regulerly ther no Judg
if left to legal enforced and so
feds have to fer them one sare to
Cobb county in nest preseted

by Daniel Eric Cobb
pro se pet trans




## HONORABLE CATHELENE "TINA" ROBINSON
### OFFICE OF THE CLERK OF THE SUPERIOR & MAGISTRATE COURTS
FULTON COUNTY
(404) 613-5313
WWW.FULTONCLERK.ORG

To:                                    Date: 1/25/19

Dear Sir or Madam:

We were unable to assist you for one or more of the following reasons:

☐ Additional/Accurate information required for processing (i.e. SS#, D.O.B, Case #, Charges).
☐ Affidavit for Fieri Facias has not been filed in this case.
☐ Check has not been signed.
☐ Civil Action/ File Number on the submitted document cannot be located in our system.
☐ Criminal background checks are conducted through the Sheriff's Office (404 612-5100).
☐ Document(s) are not signed.
☐ Filing fee/Service fee incorrect/not enclosed. Please submit a payment of $
☐ No Judgment has been filed in this case.
☐ Original signature is required.
☐ Wrong Court and/or County.
☒ Other: Mandamus from Feb 2018 is still pending.
Habeas Corpus from May 2018 has been Denied.

The Fulton County Clerk of Superior and Magistrate Court understands the value and importance of your court documents and strives to protect their integrity. It is our goal to respond both timely and efficiently. Please review your documents and make the appropriate adjustments based on the items marked above. Failure to do so will delay filing and result in the return of your document(s). As a reminder, send a self-addressed stamped envelope if you'd like to receive a file-stamped copy of your document(s).

If you have any questions or concerns please call (404) 613-5360.

Sincerely,

Deputy Clerk
Fulton County Clerk of Superior and Magistrate Court

Georgia Court of appears

State of Georgia v.

Daniel Eric Cobb

RECEIVED IN OFFICE
2019 JUN 14 PM 3:20
ADMINISTRATOR
COURT OF 32 APPEALS OF GA

RECEIVED
2019 SEP -5 PD 12:

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

A04 A0888

Emergency Motion for WRIT of execution
per CCGA 9-11-62 to enforce Georgia
Court of appears docket Ruler #A04A0888
(Now, in 2019, upon federal Government)

that yull Ruled I only get 5 years for
aggravated stalking from 7-13 of Cobb
arrest and that it maxed out after
another 5 year obstruction Cobb
consecutive sentence on 7-13-11.
Do this to fix tell gov. attached
Lie they WRote (on other side this page)
saying Im still in prison in 2019
for aggravated stalking and do same
to GDC for same reason, do since
CCGA says a motion to enforce any
Law can be filed in any court and at
anytime

by Daniel Everette
pro se petitioner

*THIS IS a habeas*

*Cobble v. Jones*, No. 4:16-CV-362 (M.D. Ga Dec. 21, 2016) (dismissed as frivolous and for failure to state a claim); *Cobble v. Bloom*, No. 1:04-CV-1150 (N.D. Ga. May 12, 2004) (dismissed as frivolous); *Cobble v. David*, No. 1:04-CV-560 (N.D. Ga. Mar. 31, 2004) (dismissed as frivolous); *Cobble v. Cobb Cty. Police*, No. 1:02-CV-2821 (N.D. Ga. 2002) (dismissed for failure to state a claim).

Accordingly, Cobble is subject to § 1915(g). Moreover, although Cobble argues that he is a civil detainee, and § 1915(g) does not apply, Georgia inmate records reflect that he is serving a Georgia prison sentence for aggravated stalking. As such, he is a person incarcerated for violations of criminal law, and he is a "prisoner" for purposes of § 1915(g). *wrong*

Next, as a three-striker, Cobble may not proceed in this appeal without paying the filing fee, unless he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Here, none of Cobble's allegations are sufficient to make the required showing. Looking first at the underlying complaint, Cobble alleged that he was in imminent danger because he may be given a prison sentence as an innocent person. First, this is not the kind of danger contemplated by the imminent danger standard. There is no actual physical danger to Cobble based on his allegations, only an intangible danger to his sense of freedom. Moreover, the "danger" of which Cobble complained is not imminent, as his underlying federal case has been continued multiple times, and is not currently scheduled for trial. Accordingly, his complaint did not establish that he is in imminent danger of serious physical injury.

Looking next at his filings in this Court, Cobble alleges that he is starving. However, Cobble does not assert that his starvation is the result of any wrongdoing by his jailers, but, rather, he admits that he is selling his food to other inmates. Accordingly, any potential danger *wrong*

*if force*

*covers / the circuit us appears Rule*

U.S. District court montgomery
alabama

Daniel Eric Cobb                    civil
                                    #

RECEIVED
2019 SEP -5 P 12: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

U.S. gov, et al.

Nine presents motion to court to
allow the following alternative
relief to be done entry of just
money

(1) offer women of my choice
in prisons, jails, you'll obtain
full body photos to show me all
you'll have, deals to get out of
prison early and to drop charges
of those in jail, if they agree to do
2 things
(A) sign 3 year foreign Job
contract to work for me as
my own personal legal whore
and paid for $1 per year each
woman
(B) leave USA forever
(2) to find criminal acts done
at certain states of my choice,
then confiscate them, then
donate all guns in them to me
tax's free

by Daniel Eric Cobb

(3) find criminal acts done by certain women I want then after to drop their charges if they sign 3 year Job contracts agreeing to work for me, in select lands

(4) cash money, vehicles, House, government confiscated that's for sale from others such as U.S. Treasury, DEA, for donated time, tax free, my choice Jewelry for

(5) government to physically transport my guds for me to Russia and to Germany and to Spain free, tax free

(6) government employes to do work I want, on my vehicles, free, in Large charity pushes 24/7 till done new york equip ment tax free

(7) government to Donate for me free, certain museum guds I want tax free

(8) government to donate to me free, certain military equipment, supplies, invent, take free, NASA too.

(9) government to donate to me free, certain U.S. Library of congress and U.S. patent office goods invent, tax free

(10) gov. to physically download songs W.O cp has for prisoners for their mp3 players tube downloaded onto my in cars, dash mp3s invent for me free, tax free

(11) gov. ductors, gov. medical places does U.S. pres, don't pay do free cosmetic/medical acts my choice tax free

(12) when and, if gov. ever finds a way to successfully send a human back in time to a specific place and time in fact ed, to stay weeks with specific future knowledge still to do stuff to me and with specific equipment invent for/with me

(13) when and if gov. ever
successfully downloads specific
information speedily directly to
human, todes same to me and

(14) when and if gov. ever successfully
steps human growing older still
or dramically slows it down,
done and

(15) when and if gov. ever successfully
reverses ageing to specific age
for a human, done and

(16) when and if gov. ever successfully
makes a human thats not muscle
into solid muscle in minutes,
todo me and

(17) when and if gov. ever successfully
makes a human ballet pro,
done and

(18) when and if gov. ever successfully
makes a human silk pro,
done and

(19) when and if gov. ever successfully
sends a human to another galaxy ones
earth like planet that mostly needs
and no where near dying, send me
and certain women and certain guds
with me and

20) gw's fuels stockpiles donated free free in large quantity Invent tax free

21) gw. zeus to donate free free certain animals Invent tax free 4 males and 4 females each type

22) when and if gw. ever successfully sends a human to alternate universe of their choice, to do same for me and with received equipment Invent

23) when and if gw. successfully ever finds a way to make us extremely fast in all our movements for other humans to do same too

24) when and if gw. successfully ever finds a way to make a human extremely strong, for me too

25) when and if gw. successfully ever clones a human in deep trade if need, to certain human Invent and give them for free for free

26) do all to further our human cause also, as human Invent, legally

27) do all to put certain men/women
   threat in prison for life
28) talk me on a real New
   4To Jet Ride at fastest
   human can talk if can
   Really exist)
28) talk note met a real
   alien to talk to her if
   Real exist
29) wherand Egu. successfully
   fix human to handle extreme
   cold heat, please dry
30) wherand Egu. successfully
   finds way human to breath
   in outer space, to done dry
31) wherand Egu. successfully
   finds way for human to breath
   in clean under water, to
   done dry
32) wherand Egu. successfully
   makes human taller by several
   inches, to done dry
33) wherand Egu. successfully
   makes human heir cumes thinner
   to done dry

(34) whereof if gw, successfully ewe makes a human able to telepelt hisself fulele honors pastime and

(35) whereof if gw successfully enables a human to grow back cut off parts, federal law

(36) whereof a gw. successfully makes a human able to fly, federal law

(37) whereof if gw, successfully makes a human able to make hisself invisible for others at will, federal law

(38) whereof if gw successfully makes a human able to petition enemy thugs up a force field that dvels greater, federal law

(39) whereof if gw successfully makes a human f an full to animals done and

(40) whereof if gw, successfully makes a human see hundred miles away eight, federal law

(41) whereof if gw successfully makes human they his, us all, federal law

42) Whereand if you successfully
make a human object see, in dark
as if day for, do ne dn

43) Whereand if you, successfully make
a human able to see cold of blinded or, make
as if they had hear and as it Iwrote wearing
heat vision goggles but naturally

44) donate time tax free U.S congress
keyed electronic earbuds but battery
peweled and batteries in generator Iwent

45) Whereard if you, successfully make
a human able to sport a file naturally
without any equipment, to do ne dn
as in naturally

46) Whereand if you successfully make
a human have a memory wipe of
certain time spans, federal and edge of new

47) Whereand if you successfully make
a human breathin small filled
environments easily, to do ne dn

48) Whereand if you successfully make a
human with almost no hold, e.g feel,
coordination of w, to have great coordination,
to done dn

49) Whereand if you successfully make a
human crush proof, done dn

50) Whereand if you successfully bring
back to life de ex if not animals to donate
4 search Iwent time half girls half boy

51) Denote time tax free The Biltmore estate

52) Denote time tax free / pallet RedGoldbears

(53) find a way and do it to never are
forever kick out of USA celtar
white barrin usa citizens ny char &, legally

(54) when I am my sons mean and my
1st corve and my son able sent to foreign lans
to use stealth fighters that it and fly
instant metric which way and at top
speed

(55) when and if gw, successfully makes a
human fete kinetis Regardless of size
or weight, make me one

(56) when and if gw, successfully makes
a human able to drink clean
water, make me one

(57) when and if gw, successfully makes
a human able to drink Radioted
flesh water and not get sick, make me one

(58) when and if gw, successfully makes
a human able to breath Radiated
air and not get sick do me one

(59) when and if gw successfully makes
a human able to live in Radiated
air and skin and organs not get sick,
do me one

(60) other things I may think of to
such as conjugle visit

US District Clerk montgomery alabama

Daniel Eric Cobb

RECEIVED

2019 SEP -5 P 12: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil #

U. S gov.
et al.

title 31 USC
3723 tort
in claims

motion for Received withal
prepaying fees    (ret paper petition)

① I am not indigent
   I own 3 houses and 7 cars
outright, but no one to help
me sell them
   and my wifes crime of polygamy
is giving another man illegal access
to my money
      thats why I can not pay fee
   my money sin bank famelies
   not hol.
② all true in my writ above
③ my grandma and dad father in
   tenn. died left me these houses
and my wifes parents died left us
these houses     by Daniel Eric Cobb
④ see imminant            pres petition
ongoing danger claims

A3   Fed Dorm

# SUMTER COUNTY JAIL
# 352 McMATH MILL ROAD
# AMERICUS, GEORGIA  31719

# INMATE HANDBOOK

Pete Smith, Sheriff
Colonel Eric D. Bryant, Chief Deputy

JANUARY 1, 2005   *L ?*   *L-- made ds8*

3
3
3
3
33333333

33333333333333333333333 stop.

Certificate of Service

This is to certify that there this day served opposing counsel pro se & filed or duly electronic filed or... not...

U.S. attorney general
US dept of Justice
950 Pennsylvania Av
Washington DC 20530-0001

and

Georgia attorney general
Dept of Law 40 capitol
Sq Ave SW Atlanta
Georgia 30334-1300

and

Geo.
and
CCA.
and
Correll management corp.
and
all other private comp mgt

This ___ day of Aug 2019 by [signature]
pro se petition



*Pete Smith*
*Sheriff*

Phone: 229-924-4094
Fax:    229-924-3450

## SUMTER COUNTY SHERIFF'S OFFICE
Sumter County, Georgia
P.O. Box 726 • 352 McMath Mill Road Americus, GA 31719

July 16, 2019

Daniel Eric Cobble
#97872-020
Sumter County Sheriff's Office
Americus, GA 31719

Mr. Cobble,

In reply to your Appeal Number .        The Sumter County Sheriff's Office has never received
any money from you or your behalf to open and obtain a financial account.

We have supplied you with indigent package of stamped envelopes upon every request that you have
made to the commissary. The jail supplies these items for every inmate that does not have any money in
their account on a weekly basic. You do not have an account set up therefore you are considered
approved for indigent supplies.

Thank You,

Valerie Trice
Commissary Clerk



Daniel Cebble
Federal
Nationwide
civil custody
at 350
mc math
mill Rd
Americus,
Georgia
31719
Fed #9178'7 2020

clerk
U.S. District Court
1 Church St.
Suite B-110
Montgomery, alabama 36104