IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, <br> Reg. no. 97872-020, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | CIVIL ACTION NO. 2:19-CV-642-ALB |

## **OPINION AND ORDER**

This cause is before the court on the Magistrate Judge's recommendation that the case be transferred to the United States District Court for the Middle District of Georgia due to improper venue. No objections to the recommendation have been filed. Upon an independent and de novo review of the record, it is ORDERED that:

1. The United States Magistrate Judge's recommendation (Doc. 3) is adopted.
2. This case is transferred to the United States District Court for the Middle District of Georgia.

The clerk of court is DIRECTED to take all such action as is required to effect the transfer.

This case is closed in this court.

**DONE** and **ORDERED** this 23rd day of September 2019.

        /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE